UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                :

ERIKA RAMIREZ,                       :

                Plaintiff,    :

                       :             24-CV-315 (VSB)

        -against-      :

                       :             **ORDER**

CITARELLA EAST, LLC,     :

                       :

             Defendant.  :

                       :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, District <u>Judge</u>:

On July 11, 2024, I directed the parties to submit an Amended Case Management Plan and Scheduling Order on or before July 15, 2024.  (Doc. 17.)  To date, the parties have not done so.  Accordingly, the parties are hereby

ORDERED to file an Amended Case Management Plan and Scheduling Order by no later than July 19, 2024.  If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: July 16, 2024
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge